UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

KURT MUZQUIZ, )
 )
        Petitioner, )
v. ) No. 1:07-cv-361-DFH-TAB
 )
CRAIG HANKS, Superintendent, )
 )
        Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: July 6, 2007

Laura Briggs, Clerk
United States District Court

*Charles E. Bruess* (signature)

By: Deputy Clerk

*David F. Hamilton* (signature)

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kurt Muzquiz
DOC #951853
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362

Kelly A. Miklos
OFFICE OF THE INDIANA ATTORNEY GENERAL
elly.miklos@atg.in.gov